

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EDELMIRA CHAVEZ MUNOZ, | § | No. 08-23-00061-CV |
| Appellant, | § | Appeal from the |
| v. | § | 384th Judicial District Court |
| | § | of El Paso County, Texas |
| SALVADOR HITA TORRES AND ELIGIO M. HITA, | § | (TC# 2018DCV2700) |
| Appellees. | § | |
| | § | |

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3. We find that Appellant has not filed an Appellant's brief. Thus, we dismiss the appeal for want of prosecution.

On April 18, 2023, the Clerk of this Court also sent a letter to Appellant notifying her it appeared she no longer wished to pursue this appeal, as neither an Appellant's brief nor a motion for extension of time had been filed. The letter indicated that the Court would submit this case for dismissal within ten days unless any party could show grounds for continuing the appeal.

As of this date, Appellant has not filed an Appellant's brief or a motion for extension of

1

time to file a brief. Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

YVONNE T. RODRIGUEZ, Chief Justice

May 10, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.